## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 02-10890 NG

PETER J. LIMONE *et*

    *al*, Plaintiffs,

    vs.

    UNITED STATES OF

AMERICA, Defendant.

## JUDGMENT

This case came on for trial before this Court, Honorable Nancy Gertner, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is **ORDERED** and **ADJUDGED**,

1.    That the Plaintiff, Joseph Salvati, recover from the Defendant, United States of America, the sum of Twenty Nine Million Dollars ($29,000,000), with post-judgment interest thereon, at the rate provided by law;

2.    That the Plaintiff, the estate of Louis Greco, Sr., recover from the Defendant, United States of America, the sum of Twenty Eight Million Dollars ($28,000,000), with post-judgment interest thereon, at the rate provided by law;

3.    That the Plaintiff, Peter Limone, Sr., recover from the Defendant, United States of America, the sum of Twenty Six Million Dollars ($26,000,000), with

ID # 527066v01/14846-2/ 08.03.2007

post-judgment interest thereon, at the rate provided by law;

4.    That the Plaintiff, the estate of Enrico (Henry) Tameleo, recover from the Defendant, United States of America, the sum of Thirteen Million Dollars ($13,000,000), with post-judgment interest thereon, at the rate provided by law;

5.    That the Plaintiff, Olympia Limone, recover from the Defendant, United States of America, the sum of One Million Dollars and Fifty Thousand Dollars ($1,050,000), with post-judgment interest thereon, at the rate provided by law;

6.    That the Plaintiff, Marie Salvati, recover from the Defendant, United States of America, the sum of One Million Dollars and Fifty Thousand Dollars ($1,050,000), with post-judgment interest thereon, at the rate provided by law;

7.    That the Plaintiff, the estate of Giovannia (Jeannete) Tameleo, recover from the Defendant, United States of America, the sum of One Million Dollars and Fifty Thousand Dollars ($1,050,000), with post-judgment interest thereon, at the rate provided by law;

8.    That the plaintiff, Peter Limone, Jr., recover from the Defendant, United States of America, the sum of Two Hundred and Fifty Thousand Dollars ($250,000), with postjudgment interest thereon, at the rate provided by law;

9.    That the plaintiff, Paul Limone, recover from the Defendant, United States of America, the sum of Two Hundred and Fifty Thousand Dollars ($250,000), with postjudgment interest thereon, at the rate provided by law;

10.    That the plaintiff, Carolyn Limone Zenga, recover from the Defendant, United States of America, the sum of Two Hundred and Fifty Thousand Dollars ($250,000), with post-judgment interest thereon, at the rate provided by law;

ID # 527066v01/14846-2/ 08.03.2007

11.    That the plaintiff, Janine Limone Arria, recover from the Defendant, United

States of America, the sum of Two Hundred and Fifty Thousand Dollars

($250,000), with postjudgment interest thereon, at the rate provided by law;

12.    That the plaintiff, Maria Sidman, recover from the Defendant, United States

of America, the sum of Two Hundred and Fifty Thousand Dollars ($250,000), with

postjudgment interest thereon, at the rate provided by law;

13.    That the plaintiff, Sharon Salvati, recover from the Defendant, United

States of America, the sum of Two Hundred and Fifty Thousand Dollars

($250,000), with postjudgment interest thereon, at the rate provided by law;

14.    That the plaintiff, Gail Orenberg, recover from the Defendant, United States

of America, the sum of Two Hundred and Fifty Thousand Dollars ($250,000), with

postjudgment interest thereon, at the rate provided by law;

15.    That the plaintiff, Anthony Salvati, recover from the Defendant, United

States of America, the sum of Two Hundred and Fifty Thousand Dollars

($250,000), with postjudgment interest thereon, at the rate provided by law;

16.    That the plaintiff, Edward Greco, recover from the Defendant, United States

of America, the sum of Two Hundred and Fifty Thousand Dollars ($250,000), with

postjudgment interest thereon, at the rate provided by law;

17.    That the Plaintiff, the estate of Louis Greco, Jr., recover from the

Defendant, United States of America, the sum of Two Hundred and Fifty

Thousand Dollars ($250,000), with post-judgment interest thereon, at the rate

provided by law;

18.    That the Plaintiff, Roberta Werner, recover from the Defendant, United

3

ID # 527066v01/14846-2/ 08.03.2007

States of America, the sum of Fifty Thousand Dollars ($50,000), with

post-judgment interest thereon, at the rate provided by law; and

19.    That the Plaintiff, Saverio Tameleo, recover from the Defendant, United

States of America, the sum of Fifty Thousand Dollars ($50,000), with

post-judgment interest thereon, at the rate provided by law.

Dated at Boston, Massachusetts, This __21____ Day of __December_____, in
the Year 2007.


_____/s/_ Nancy Gertner

ID # 527066v01/14846-2/ 08.03.2007