**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **PETER J. LIMONE, et al.,** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 02cv10890-NG |
| | ) | |
| **UNITED STATES OF AMERICA, et al.,** | ) | |
| Defendants. | ) | |

**ORDER REGARDING PAYMENTS OF ADDITIONAL INTEREST**
September 8, 2010

Upon consideration of the motion by the Limone and Tameleo plaintiffs and various attorneys, the Court hereby **ORDERS** as follows, pursuant to Local Rule 67.3:

1. The Clerk is directed to pay the following sums:

    a. Peter 1. Limone                       $1,065,419.36

    b. Olympia Limone                       $43,026.55

    c. Peter Limone, Jr.                    $10,244.42

    d. Paul Limone                          $10,244.42

    e. Carolyn Limone Zenga                 $10,244.42

    f. Janine Limone Arria                  $10,244.42

    g. Estate of Enrico (Henry) Tameleo    $532,714.68

    h. Estate of Jeannete Tameleo           $43,026.55

    i. Saverio Tameleo                       $2,048.89

    j. Koski & Keams                       $287,865.62

    k. Michael Avery                       $115,146.25

2.     The Clerk is directed to retain $172,719.37, in dispute by WolfBlock LLP and Juliane Balliro, until further order of the Court, in addition to the $2,880,664.52 mentioned in this Court's July 6, 2010, Order (document # 670).

3.     The Clerk is directed to add interest that has been earned while the sums have been held in the Court Registry System, in proportion to the payments to be made to all payees above, including the sums held in paragraph 2.

**SO ORDERED.**

**Date:  September 8, 2010**       */s/ Nancy Gertner*
                                   **NANCY GERTNER, U.S.D.C.**